IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                **CASE NUMBER: 5:20-CR-00015-1**

**JOSHUA WAYNE CLEMONS**

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Joshua Wayne Clemons (USM# 35485-058), for resentencing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before September 25, 2023 for hearing on September 26, 2023 at 9:30AM, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office. IT IS SO ORDERED.

Signed: August 24, 2023

Kenneth D. Bell
United States District Judge